David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Road, Ste 200
Las Vegas, Nevada 89148
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorney for Plaintiff
*John Pipes*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN PIPES,<br><br>　　　　　　Plaintiff(s),<br><br>  vs.<br><br>TRANS UNION, LLC<br><br>　　　　　　Defendant(s). | Case No.: 2:22-cv-01797-CDS-NJK<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TRANS UNION LLC TO ANSWER OR RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

The current deadline for Defendant Trans Union, LLC ("Trans Union") to answer or otherwise respond to the Complaint is November 21, 2022.

Plaintiff's counsel has been in communication with Trans Union's in-house counsel and has agreed to a thirty (30) day extension of time to December 21, 2022 for Trans Union to answer or otherwise respond to the Complaint. The purpose of the extension is to allow time for Trans Union to locate relevant files, retain local counsel to represent

-1-

Trans Union in this matter, and to explore the possibility of early settlement. This is the first request for extension and is made for good cause and not for the purposes of delay.

Dated: November 17, 2022.

*/s/ Shawn W. Miller*
David H. Krieger, Esq.
Shawn W. Miller, Esq.
KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Road
Suite 200
Las Vegas, Nevada 89148
***Attorneys for Plaintiff***

## ORDER GRANTING EXTENSION OF TIME

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: November 18, 2022